UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMEDSHERA TILLERY,

Plaintiff,

v.

LAUREN CRUMP, et al.,

Defendants.

CIVIL ACTION NO.
1:24-CV-03875-JPB

**ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc 6]. This Court finds as follows:

Plaintiff filed this action on September 24, 2024. [Doc. 3]. On October 29, 2024, United States Magistrate Judge Russell G. Vineyard issued a Final Report and Recommendation in which he recommended the case be dismissed without prejudice for failure to state any plausible claim under the Federal Rules of Civil Procedure.

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 6] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Final Report and Recommendation, the case is **DISMISSED WITHOUR PREJUDICE** for failure to state any plausible claim. The Clerk is **DIRECTED** to close this case and mail a copy of this Order to Plaintiff.

**SO ORDERED** this 18th day of November, 2024.

**J. P. BOULEE**
United States District Judge